[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16144
Non-Argument Calendar
_____

D.C. Docket No. 0:11-cv-61472-RSR

BOBBY SAVAGE,

Plaintiff-Appellant,

versus

SOUTH FLORIDA REGIONAL TRANSPORTATION AUTHORITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 9, 2013)

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

After careful review, we conclude that the judgment of the district court should be affirmed for the reasons set forth in the comprehensive opinion of the district court dated October 30, 2012.

AFFIRMED.